November 5, 2025

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
660 South 200 East, Suite 400
Salt Lake City, UT 84111



U.S. Citizenship and Immigration Services

GAGE C HERBST
CONTIGO LAW
PO BOX 249
MIDVALE, UT 84047-0241

IOE0933884697

RE: MAALONA JUNIOR LAKI SEUTAFILI
I-290B, Notice of Appeal or Motion

A087-246-654

## DECISION

On September 19, 2025, you filed a Form I-290B, Notice of Appeal or Motion, with U.S. Citizenship and Immigration Services (USCIS) as a motion to reopen and/or reconsider the decision on a Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS denied the Form I-485, receipt number IOE0922055109, on May 22, 2025.

Title 8 Code of Federal Regulations (8 CFR), section 103.5(a) states, in pertinent part, that:

> (2) Requirements for motion to reopen. A motion to reopen must state the new facts to be provided in the reopened proceeding and be supported by affidavits or other documentary evidence. A motion to reopen an application or petition denied due to abandonment must be filed with evidence that the decision was in error because:
>
> (i) The requested evidence was not material to the issue of eligibility;
> (ii) The required initial evidence was submitted with the application or petition, or the request for initial evidence or additional information or appearance was complied with during the allotted period; or
> (iii) The request for additional information or appearance was sent to an address other than that on the application, petition, or notice of representation, or that the applicant or petitioner advised the Service, in writing, of a change of address or change of representation subsequent to filing and before the Service's request was sent, and the request did not go to the new address.
>
> (3) …A motion to reconsider must state the reasons for reconsideration and be supported by any pertinent precedent decisions to establish that the decision was based on an incorrect application of law or Service policy. A motion to reconsider a decision on an application or petition must, when filed, also establish that the decision was incorrect based on the evidence of record at the time of the initial decision.

After a thorough review, we cannot approve your motion because a Notice to Appear (NTA) has been issued to you on November 5, 2025, and the case is currently under the jurisdiction of the Executive Office for Immigration Review (EOIR).

We hereby dismiss the Form I-290B, Notice of Appeal or Motion. The decision to deny the Form I-485, Application to Register Permanent Residence or Adjust Status, case IOE0922055109, is affirmed.

This decision is without prejudice to future applications filed with the appropriate USCIS office.

Sincerely,

Michael Crabtree
Field Office Director