ALEC S. BRACKEN (USBN 17178)
CONTIGO LAW
P.O. Box 249
Midvale, UT 84047
Phone: 801-980-9430
Email: alec@contigo.law
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MAALONA JUNIOR LAKI SEUTAFILI,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>MICHAEL CRABTREE, in his official capacity as the Field Office Director of the USCIS Salt Lake City Field Office.<br><br>F. MOLDT, in his/her official capacity as a Supervisory Immigration Services Officer<br><br>PAMELA BONDI, in her official capacity as the United States Attorney General<br><br>THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>CHARLES WALL, in his official capacity as the Chief Counsel for ICE in Salt Lake City<br><br>Defendants | Civil No.: 2:25-cv-00942-JCB<br><br>ERRATA |

Petitioner, by and through undersigned counsel, respectfully submits this Errata to correct a citation error contained in the Reply to the Defendant's Response to the Motion for a TRO. ECF No. 20.

On page 3, line 23, the filing incorrectly cited:

Incorrect citation: *Torres v. DHS,* 2024 WL 1975302, at 5 (10th Cir. Apr. 30, 2024) ("§ 1252 does not bar review of constitutional claims.").

The correct citation is:

Correct citation: *Torres v. DHS,* 5:18-cv-02604, (District Court, C.D. California 2018)**.**

Petitioner respectfully requests that the Court accept this correction, and that the corrected citation be deemed substituted in the record.

.

                                              Respectfully submitted,

                                              /S/ ALEC S. BRACKEN
Alec S. Bracken (UT SBN 17178)
Contigo Law
P.O. Box 249
Midvale, UT 84047
Tel. (801) 676-6548
Email: