# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| MAALONA JUNIOR LAKI SEUTAFILI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | ORDER<br><br>Case No. 2:25-cv-00942-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to extend the deadline for Defendants to respond to Plaintiff's amended complaint.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for Defendants to respond to Plaintiff's amended complaint is extended to March 24, 2026.

SO ORDERED this 15th day of January 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 15.

[2] ECF No. 26.